# DECLARATION OF PUBLICATION OF
SAN FRANCISCO CHRONICLE

**SUMMONS CIVIL ACTION**
Case Number:
17-5122 EDL

UNITED STATES DISTRICT COURT
Northern District of California

9349-9176 QUEBEC, INC. a Canadian corporation, Plaintiff(s)
v.
MANYVIDS.TO, a domain name; and DOES 1-10, inclusive, Defendant(s)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)-- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter R. Afrasiabi
One LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: 09/05/2017

CLERK OF COURT
/s/ Susan Y Soong
signature of Clerk or Deputy Clerk

---

Lori Gomez

Declares that:
The annexed advertisement has been regularly published
In the
SAN FRANCISCO CHRONICLE

Which is an was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by Section 6000 of the Government Code

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From  2/26/18

To  3/15/18

Namely on  2/26  3/5
3/12  3/15 2018

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/15/18

At San Francisco, California

/s/ A Gomez