Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:  (949) 258-5081

Anna M. Vradenburgh (Bar No. 163212)
**ONE LLP**
2815 Townsgate Rd., Suite 320
Westlake Village, CA 91361
Telephone:  (424) 279-8202

Attorneys for Plaintiff,
9349-9176 QUEBEC. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9349-9176 QUEBEC, INC., a Canadian corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANYVIDS.TO, a domain name; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-05122-EDL<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MANYVIDS.TO**<br><br>[DECLARATION OF PETER R. AFRASIABI FILED CONCURRENTLY HEREWITH] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff 9349-9176 Quebec, Inc. ("Plaintiff"), by and through its attorneys of record, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Manyvids.to ("Defendant") on the grounds that said defendant has failed to appear or otherwise respond to the complaint with the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the summons and complaint on Defendants on March 19, 2018, pursuant to this Court's order on February 20, 2018, and as evidenced by the Declaration of Service by Publication filed with this Court on March 21, 2018 (Dkt. Nos. 27 and 28). It has been a total of 42 days since the end of the publication period.

The above-stated facts are set forth in the accompanying Declaration of Peter R. Afrasiabi, filed concurrently herewith.

Dated: April 30, 2018                    **ONE LLP**

By:  /s/ Peter R. Afrasiabi
     Peter R. Afrasiabi
     Attorneys for Plaintiff,
     9349-9176 QUEBEC, INC.