Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Anna M. Vradenburgh (Bar No. 163212)
**ONE LLP**
2815 Townsgate Rd., Suite 320
Westlake Village, CA 91361
Telephone:  (424) 279-8202

Attorneys for Plaintiff,
9349-9176 QUEBEC. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9349-9176 QUEBEC, INC., a Canadian corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANYVIDS.TO, a domain name; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-05122-EDL<br><br>**DECLARATION OF PETER R. AFRASIABI IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MANYVIDS.TO** |

I, Peter R. Afrasiabi, declare as follows:

1. I am an attorney at law duly licensed to practice in this Court and I am a partner at the law firm of One LLP, counsel of record for Plaintiff 9349-9176 Quebec, Inc. ("Plaintiff").

2. Plaintiff served the summons and complaint on Defendants on March 19, 2018, pursuant to this Court's order on February 20, 2018, and as evidenced by the Declaration of Service by Publication filed with this Court on March 21, 2018 (Dkt. Nos. 27 and 28). It has been a total of 42 days since the end of the publication period.

3. Defendant has not appeared in this action nor responded to the complaint with the time permitted by law.

4. The defendant is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2018 at Newport Beach, California.

/s/ Peter R. Afrasiabi
Peter R. Afrasiabi

2
**DECLARATION OF PETER R. AFRASIABI IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT**